## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### John L. Kane, U.S. District Court Judge

| | |
|---|---|
| WILLIAM J. MARTIN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  04-CV-2479-AP |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

_____

**ORDER**
_____

The matter before the Court is Plaintiff's Motion For Attorney Fees Under EAJA filed September 6, 2005. The Court being fully advised in the premises hereby grants said Motion. It is further

**ORDERED** that the Defendant pay to Plaintiff attorney fees under EAJA in the amount of $6,620.00 to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this 7th day of September, 2005.

BY THE COURT:

**s/John L. Kane**
Judge, United States District Court