IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-2479-AP**

**WILLIAM J. MARTIN,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Motion to Alter or Amend Order Under Fed.R.Civ.P. 59(e), (doc. #20), filed September 20, 2005, is **GRANTED**. Parties are ordered to confer regarding an amount for an appropriate and accurate fee and submit an amended stipulation regarding the fee amount. If you are unable to agree, the matter will be set for hearing.

Dated: October 6, 2005