IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-2479-AP**

**WILLIAM J. MARTIN,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (doc. #25), filed October 28, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff attorney fees in the stipulated amount of **$5,800.00**.

Dated at Denver, Colorado, this 2nd day of November, 2005.

       BY THE COURT:

       **S/John L. Kane**
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT