# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Judge John L. Kane

Civil Action No. 04-cv-2479-JLK

WILLIAM J. MARTIN, JR.,

        Plaintiff,

vs.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

_____

## ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)
_____

THE MATTER before the Court is Plaintiff's Motion For An Award of Attorney Fees Under 42 U.S.C. §406(b) (doc. #27), filed January 4, 2007.

The Court hereby

**ORDERS** that the Defendant shall pay to Plaintiff's attorney fees in an additional amount of $13,806.50 under 42 U.S.C.§406(b) for representation in this Court.

DATED:  January 8, 2007

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      THE HONORABLE JOHN L. KANE
                                      U.S. District Court